1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR (CABN 262489)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: damali.taylor@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-016 MMC |
|---|---|
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| JEFFREY HUNTER, Defendant. | |

The parties, Assistant United States Attorney Damali A. Taylor on behalf of the United States and Diana Weiss, Esquire, on behalf of the defendant, JEFFREY HUNTER, hereby agree to exclude time under the Speedy Trial Act from March 12, 2014 through and including March 26, 2014.  The parties further request that, given the need to gather and examine discovery, time continue to be excluded under the Speedy Trial Act through and including March 26, 2014.  Defense counsel believes that it is in the best interest of the defendant to do so. The government agrees.  To date, no time has elapsed under the Speedy Trial Act.

The parties agree that the ends of justice are served by granting such an exclusion of time and outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A).

//

STIPULATION AND [PROPOSED] ORDER
CR 14-016 MMC

1  SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

4  DATED: March 13, 2014                    /s/
                                        DAMALI A. TAYLOR
                                        Assistant United States Attorney

7  DATED: March 13, 2014                    /s/
                                        DIANA WEISS
                                        Counsel for the Defendant

STIPULATION AND [PROPOSED] ORDER
CR 14-016 MMC

[PROPOSED] ORDER

The Court HEREBY ORDERS that the status conference date in this matter is re-set to March 26, 2014, at 2:15 p.m. The Court finds that the extension is proper under Title 18, United States Code, Sections 3060 and 3161.

The Court further concludes that an exclusion of time through and including March 26, 2014, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice served by an exclusion of time through and including March 26, 2014 outweigh the best interest of the public and the defendant in a speedy trial. *Id.* Section 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: March 17, 2014

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE