MARC J. ZILVERSMIT, ESQ., State Bar No. 132057
523 Octavia Street
San Francisco, CA  94102
Telephone:  (415) 431-3472

Attorney for Defendant
STEVE MCINTOSH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-00016 MMC |
| Plaintiff, | |
| vs. | **STIPULATION TO RESCHEDULE STATUS CONFERENCE DATE;** [proposed] **ORDER** |
| MARLIN MOORE, STEVE MCINTOSH, MARK GOLDBERG, SON DANG | |
| Defendants. | |

It is hereby stipulated by and between United States and Defendants Steve McIntosh, Marlin Moore, Mark Goldberg and Son Dang through their respective counsel, that the status hearing date set for September 17, 2014 at 2:15 pm be continued and set for December 10, 2014 at 2:15 pm, or other convenient date set by this Court for the hearing.

Good cause exists for this continuance because the government has provided defense counsel with voluminous discovery which will require time to review for effective preparation and because discovery production is ongoing.

Good cause exists to exclude time under the Speedy Trial Act pursuant to 18 U. S.C., § 3161(h)(7)(A) and (h)(B)(iv) as the ends of justice served by this exclusion allowing for continuity of counsel, ongoing discovery production and review, and for adequate trial preparation in this matter outweigh the best interest of the public and the defendant in a speedy trial.

Stipulation to Reschedule Pretrial Motions Dates
And [Proposed] Order (CR-11-0523 SBA)       1

| | |
|---|---|
| Dated: September 9, 2014 | Respectfully stipulated and submitted, |
| /s/ | /s/ |
| PHILIP KENT COHEN<br>Attorney for Defendant<br>MARLIN MOORE | MARC J. ZILVERSMIT<br>Attorney for Defendant<br>STEVE MCINTOSH |
| /s/ | /s/ |
| RANDY SUE POLLOCK<br>Attorney for Defendant<br>MARK GOLDBERG | GALIA AMRAM PHILLIPS<br>Attorney for Defendant<br>SON DANG |
| | /s/ |
| | DAMALI TAYLOR<br>Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 12, 2014

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE