PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A - 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant JEFFREY HUNTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY HUNTER,<br><br>Defendant. | No. CR 14-0016 MMC (EDL)<br><br>**STIPULATED REQUEST FOR AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE**<br><br>**FILE UNDER SEAL** |

## REQUEST

Defendant JEFFREY HUNTER, by counsel, hereby requests that the previously imposed pretrial release drug testing condition for Mr. Hunter be deleted. This proposed modification has been approved by Pretrial Services Officer Mr. Brad Wilson. The Government has no objection to the modification that is requested.

DATED: December 12, 2019.

PAUL F. DeMEESTER
Attorney for Mr. Jeffrey Hunter

Defendant Jeffrey Hunter Pretrial Release Condition Modification Request

## ORDER re MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND SEALING ORDER

The Court hereby ORDERS THAT the previously imposed pretrial release drug testing requirement for Mr. Hunter be deleted and IT IS FURTHER ORDERED that this document be filed under seal.

SO ORDERED on December 16, 2019.

_____
HON. THOMAS S. HIXSON
UNITES STATES MAGISTRATE JUDGE